**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Jose Miguel LAINEZ-HERNANDEZ,**
**Defendant-Appellant**

**No. 16-40153**
**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed July 24, 2017

Carmen Castillo Mitchell, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Jose Miguel Lainez-Hernandez, Pro Se

Before JOLLY, OWEN, and HAYNES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Jose Miguel Lainez-Hernandez has moved for leave to withdraw and has filed briefs in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Lainez-Hernandez has not filed a response. We have reviewed counsel's briefs and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.